PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Falgun Dharia　　　　　　　　　　　　　　　　Cr.: 19-00235-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 610691

Name of Sentencing Judicial Officer:　　THE HONORABLE JACK B. WEINSTEIN
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:　　　THE HONORABLE CLAIRE C. CECCHI
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/05/2018

Original Offense:　　Count 1 & 2: Bank Fraud
　　　　　　　　　　Count 3: False Statement in a Tax Return
　　　　　　　　　　Count 4: Obstruction of Justice

Original Sentence: 3 years of Supervised Release on each count to run concurrently.

Special Conditions: Search/Seizure, Financial Disclosure. Restitution in the amount of $11,342,493.46.

Type of Supervision: Supervised Release　　　　　　　　Date Supervision Commenced: 03/05/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number　　　Nature of Noncompliance

1　　　　　　　　　　The offender has violated the special supervision condition which states **'The defendant shall provide the probation department with full financial disclosure when requested.'**

　　　　　　　　　　On April 15, 2020, Dharia was directed to complete a Monthly Cash Flow Statement (Prob 48B) and Net Worth Statement (Prob 48), and to provide all supporting documentation. He was given a deadline of May 7, 2020. Dharia requested an extension until June 12, 2020, however, still failed to provide the requested documentation.

2　　　　　　　　　　The offender has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'**

　　　　　　　　　　On May 23, 2018, Dharia agreed to make payments in the amount of $5,000.00 per month. He failed to make consistent monthly payments and was $35,000 in arrears.

Prob 12A – page 2
Falgun Dharia

**U.S. Probation Officer Action:**

The probation officer reviewed the conditions set by the court thoroughly with Dharia. He has since provided the requested financial documentation and paid his arrears in full. The probation office will continue to monitor compliance and will notify the Court accordingly. Please allow this letter to serve as a formal written reprimand issued by the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shannan P. DaSilva/jj*

By:  SHANNAN P. DASILVA
U.S. Probation Officer

/ spd

APPROVED:

*Elisa Martinez*          9/18/2020

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time. This document will serve as an official written reprimand issued by the Court **(as recommended by the Probation Office).**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

10/1/2020
Date